[No. 45694-0-II. Division Two. August 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN ERIC CHRISTOPHER, *Appellant*.

 by unpublished opinion per Sutton, J., concurred in by Lee, J.; Bjorgen, A.C.J., concurring separately.

[No. 45965-5-II. Division Two. August 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC S. MORRISSEY, *Appellant*.

 by unpublished opinion per Johanson, C.J., concurred in by Melnick, J.; Bjorgen, J., concurring separately.

[No. 46139-1-II. Division Two. August 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS JEFFREY PARDUE, *Appellant*.

 by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46142-1-II. Division Two. August 4, 2015.]

*In the Matter of the Marriage of* DESTRY L. EDWARDS, *Respondent*, and REBECCA E. EDWARDS, *Appellant*.

 by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.